DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANESHA PARKER,

Appellant,

v.

JOHN DOE and JANE DOE,

Appellees.

No. 2D2023-1641

_____

May 8, 2024

Appeal from the Circuit Court for Hillsborough County; Frances M.
Perrone, Judge.

Anesha Parker, pro se.

No appearance on behalf of Appellees.


PER CURIAM.

    Affirmed.

SLEET, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.